**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Michael G. BOWEN, Respondent.**

**No. 960 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 22, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of October, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated July 29, 2004, the Petition for Review and response thereto, it is hereby

ORDERED that Michael G. Bowen be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all

---

1. While the Opinion Announcing the Judgment of the Court did not garner a majority, six of seven Justices agreed with the general principle that decisions of an inferior federal court should be treated by this Court as persuasive authority where that decision interprets federal law.

the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.